# IN THE UNITED STATES BANRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kathylene A. Marshall | : | Chapter 13 |
| | | Bankruptcy No. 15-18921 (amc) |
| Debtor. | : | |
| | | |
| Kathylene A. Marshall | : | |
|    Debtor/Plaintiff | | |
|        v. | : | Adv. No. 17-00088 |
| | | |
| Yasir A. Abdoun | : | |
| | | |
| Defendant | : | |

## DEFENDANTS BRIEF IN RESPONSE TO PLAINTIFF'S MOTION TO RECONSIDER

Plaintiff's brief in support of Her motion to reconsider is a restatement of arguments barred by Res Judicata.

Wherefore, Defendant prays that an Order denying Plaintiff's motion to reconsider be entered.

/s/_____

James J. O'Connell

Counsel for Defendant