# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| KATHYLENE A. MARSHALL, | : | |
| DEBTOR | : | Bankruptcy No. 15-18921-AMC |
| | | |
| KATHYLENE A. MARSHALL, | : | |
| PLAINTIFF | : | |
| V. | : | Adv. Proc. No. 17-00088-AMC |
| YASIR A ABDOUN, | : | |
| DEFENDANT | : | |

## ORDER

AND NOW, this 21st day of December 2021, for the reasons stated in the accompanying Opinion, it is hereby ORDERED that Debtor's Reconsideration Motion is DENIED.[1]

Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] Unless otherwise noted all terms in this order are given the same meaning as in the accompanying Opinion.