# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 23-1748


In re: Kathylene A. Marshall


(U.S. District Court No.: 2-22-cv-00010)


## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     October 20, 2023
CLW/cc: James J. O'Connell, Esq.
        Irwin L. Trauss, Esq.
        Mr. George V. Wylesol,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate